IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY FORSYTHE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:12-CV-33-TMH |
| | ) |
| HOUSTON COUNTY JAIL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. #9) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that

1. The Recommendation (Doc. #9) of the Magistrate Judge is ADOPTED;

2. Plaintiff's claims against the Houston County Jail are dismissed with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

3. The Houston County Jail is dismissed as a defendant in this cause of action; and

4. This case, with respect to Plaintiff's claims against Defendants Kirsey and Buckman, is referred back to the Magistrate Judge for appropriate proceedings.

Done this 28th day of February, 2012.

/s/ Truman M. Hobbs

_____
UNITED STATES DISTRICT JUDGE